**大成 DENTONS**

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D    +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

November 16, 2022

**VIA ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The request is granted.  This case is stayed.  If the parties have not filed a stipulation or notice of dismissal by January 3, 2023, they shall file a status update by that date.
>
> The Clerk of Court is respectfully directed to close the motion pending at Docket Number 17.
>
> SO ORDERED.
> Date:  November 17, 2022
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:    *Calcano v. Adesso, Inc.,* Case No. 1:22-cv-04012-JPC

Dear Judge Cronan:

We represent Defendant Adesso, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from November 16, 2022 to January 3, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:    All counsel of record (by ECF)