UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
MARCOS CALCANO, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

    Plaintiffs,

  v.

ADESSO, INC.,

    Defendant.
------------------------------------x

ECF CASE

No.: 1:22-cv-4012

**NOTICE OF VOLUNTARY DISMISSAL**

  Plaintiff(s), MARCOS CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action with prejudice and without fees and costs against Defendant, ADESSO, INC.

Dated: New York, New York
   December 12, 2022

**GOTTLIEB & ASSOCIATES**

s/Dana L. Gottlieb
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of dismissal to dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: December 14, 2022
New York, New York

    _____
    JOHN P. CRONAN
    United States District Judge